

# UNITED STATES PROBATION OFFICE
EASTERN DISTRICT OF NORTH CAROLINA

James M. Johnston, Jr.
Chief U.S. Probation Officer

REPLY TO: 472-C Western Blvd.
Jacksonville, NC 28546-6862
(910) 347-9038
Fax: (910) 347-9136

**DATE:** August 17, 2010

**FROM:** Djoni B. Barrett
U.S. Probation Officer

**SUBJECT:** FAISON, Sonya R.
Docket No.: 7:01-CR00001-001
Recommendation for Early Termination

**TO:** The Honorable James C. Fox
Senior U.S. District Judge

The above-captioned defendant appeared before Your Honor on December 11, 2001, for sentencing after pleading guilty to Conspiracy to Possess With Intent to Distribute and Distributer Cocaine Base, and Distribution of Cocaine Base, in violation of 21 U.S.C. §§ 846 and 841(a)(1). She was sentenced to 78 months in the custody of the Bureau of Prisons, followed by a 5-year term of supervised release. The court imposed special conditions of warrantless searches, vocational training, a special assessment of $200, and restitution of $1,700.

Faison was released from custody on June 8, 2007, at which time the term of supervised release commenced.

The defendant is single and lives in Warsaw, North Carolina, with her children. She is attending Sampson County Community College to further her education. There have been no new criminal charges since the onset of supervision, and all surprise urine screens have proven negative for illegal substances. The court indebtedness has been satisfied.

Inasmuch as the defendant has satisfied the conditions of supervision and has successfully completed 38 of the original 60 months of supervised release, we are recommending that she be terminated from supervision. The U.S. Attorney's Office was consulted and voiced no objection to the proposal.

If you concur, please sign the enclosed Probation Form 35 and forward to the Clerk of Court for filing. I remain available to respond to any questions you may have.

Enclosure

Reviewed and approved,

/s/ Kevin L. Connolley
Supervising U.S. Probation Officer

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                         Crim. No. 7:01-CR-1-1

SONYA R FAISON

On June 8, 2007, the above named was placed on supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                              Respectfully submitted,

/s/ Kevin L. Connolley                              /s/ Djoni B. Barrett  
Kevin L. Connolley                                     Djoni B. Barrett  
Supervising U.S. Probation Officer               U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this ____18____ day of ____August____, 2010.

_____  
James C. Fox  
Senior U.S. District Judge